## Manufacturers Trust Co. *v.* Old Forge Boro.
### (Repp et al., Appellants).

Argued May 25, 1932.   Before FRAZER, C. J., SIMPSON, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Paul G. Collins, M. J. Martin* with them *Ralph T. Lynch,* for appellants.

*Harold A. Scragg,* with him *Robert E. Scragg,* for appellees.

OPINION BY MR. JUSTICE SCHAFFER, September 26, 1932:

This is a companion case of Scranton Electric Co. v. Boro. of Old Forge and Eyer & Co. v. Same, in which opinions are handed down herewith.   The note for $10,000, upon which judgment in this case was entered, was originally given to Eyer & Co., as the opinion in that case will show.   For the reasons there given the order of the court below refusing to interfere with the judgment is

Affirmed at appellants' cost.